IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:    1:20-cv-21093-FAM

OTC PHARMACEUTICAL PRODUCTS, INC.,
a Florida corporation,

    Plaintiff,
v.

CENTRAL FREIGHT LINES, INC.,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION OF
## CORPORATE REPRESENTATIVE OF CENTRAL FREIGHT LINES, INC.*
(To be recorded Via Zoom)

**TO:** ALL PARTIES AND COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned attorney for Plaintiff, OTC PHARMACEUTICAL PRODUCTS, INC., ("Plaintiff" or "OTC"), at the following place and time, will take the deposition of the following:

**NAME:** Corporate Representative of Central Freight Lines, Inc.*

**DATE:** Tuesday, December 8, 2020

**TIME:** 1:30 p.m. EST

**LOCATION:** Via Zoom – To be provided prior to deposition

upon oral examination before Phipps Reporting Court Reporters, Notary Public, or any other Notary Public or Officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed is being taken for the purposes of discovery, for use at trial de bene esse or for such other purposes as are permitted under the Rules.

*The Corporate Representative shall be the person or persons designated by Central Freight Lines, Inc. to testify on its behalf regarding the specified topics set forth on Schedule "A".

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via the CM/ECF system this 23rd day of November, 2020 upon: Kristi Neher Davisson, Esq., KRISTI NEHER DAVISSON, PLLC, 1110 N. Florida Avenue, Tampa, FL 33602, at kdavisson@kndlawfirm.com.

        Respectfully submitted,

        /s/   Adam J. Steinberg
        Adam J. Steinberg, Esq. (Florida Bar No.: 389579)
        E-mail:  adam@adamsteinberglaw.com
        Law Offices of Adam J. Steinberg, P.A.
        200 S. Andrews Avenue, Ste. 903
        Ft. Lauderdale, FL  33301
        Telephone:  954-548-3357
        Facsimile:   888-222-4192
        Attorney for Plaintiff
        [OTC Pharmaceutical Products, Inc.]

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Attorney filing this Notice at the phone number, email or address set forth above.

## SCHEDULE "A"

The Corporate Representative of Defendant, Central Freight Lines, Inc. ("Defendant") is that person, or persons, who can testify to the following:

1. Allegations of the Complaint and Answer and Affirmative Defenses.

2. Defendant's Responses/Answers to discovery and documents produced in connection to same.

3. The subject Bill of Lading, the specific provision regarding limit on recoverable damages, and Defendant's compliance with federal law regarding reasonable opportunity to choose carriage limitations on recoverable damages.

4. Notices to OTC regarding limitations on liability for the subject shipment.

5. Defendant's policies and procedures regarding lost shipments.

6. Communications/correspondence by and between OTC and Defendant in connection with the subject lost shipment.