IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:   1:20-cv-21093-FAM

OTC PHARMACEUTICAL PRODUCTS, INC.,
a Florida corporation,

      Plaintiff,

v.

CENTRAL FREIGHT LINES, INC.,
a foreign corporation,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff, OTC PHARMACEUTICAL PRODUCTS, INC., and Defendant, CENTRAL FREIGHT LINES, INC., by and through their respective undersigned counsel, and pursuant to Local Rule 16.4, S.D. Fla., hereby give notice that the parties in the above-styled case have resolved and have reached a full and final settlement of all claims.

      Dated:  December 16, 2020

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF ADAM J. STEINBERG, P.A. | KRISTI NEHER DAVISSON, PLLC |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 200 S. Andrews Ave, Suite 903 | 1110 N. Florida Avenue |
| Ft. Lauderdale, FL 33301 | Tampa, FL 33602 |
| T: (954) 548-3357 | T: (813) 786-6979 |
| F: (888) 222-4192 | |
| | By:   *s/Kristi Neher Davisson* |
| By:  _s/ Adam J. Steinberg_____ | Kristi Neher Davisson |
| Adam J. Steinberg | Fla. Bar No. 0152382 |
| Fla. Bar No. 389579 | kdavisson@kndlawfirm.com. |
| adam@adamsteinberglaw.com | |