UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-21093-CIV-MORENO

OTC PHARMACEUTICAL PRODUCTS,
INC, a Florida corporation,

       Plaintiff,

vs.

CENTRAL FREIGHT LINES, INC., a Texas
corporation,

       Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the parties' Joint Notice of Settlement (**D.E. 20**), filed on **December 16, 2020**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th of December 2020.

*Federico A. Moreno*
_____
      FEDERICO A. MORENO
      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record